

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **MATTHEW C. HALLDORSON**<br>*Assistant Corporation Counsel*<br>TEL: 212-356-3297 |

October 20, 2020

**BY ECF**
Honorable Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:  *R.F. obo K.F. v. N.Y.C. Dep't of Educ.*, 20-cv-4693 (PGG)(OTW)

Dear Judge Gardephe:

      I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel, and attorney for the defendant New York City Department of Education in the above-referenced matter.

      In view of the stipulation the parties just filed at Dkt. No. 15, the parties respectfully request that the upcoming pretrial conference scheduled for October 22, 2020 be cancelled as this matter has been fully resolved via settlement.

      Thank you for considering this request.

Respectfully submitted,

        /s/
Matthew C. Halldorson
Assistant Corporation Counsel

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: October 21, 2020